UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (AT CINCINNATI)

| | | |
|---|---|---|
| JON JERMER, | : | Case No. C-1-02-448 |
| Plaintiff, | : | Judge Sandra Beckwith<br>Magistrate Judge Hogan |
| v. | : | |
| SIEMENS ENERGY &<br>AUTOMATION, INC., | : | AFFIDAVIT OF KEITH P. SPILLER |
| Defendant. | : | |

County of Hamilton   )
                     ) ss:
State of Ohio        )

I, Keith P. Spiller, Esq., being duly sworn, do hereby depose and say on personal knowledge as follows:

1. I am a partner in the law firm of Thompson Hine LLP and a member in good standing of the bar of this Court. I am the Trial Attorney for Defendant Siemens Energy and Automation, Inc., ("Siemens") in the above-captioned action.

2. Siemens incurred $3,806.55 in deposition expenses. This amount is broken down as follows:

| | | |
|---|---|---|
| a. | Deposition transcript for Jon Jermer - Volume 1 | $955.85 |
| b. | Deposition transcript for Jon Jermer - Volume 2 | $823.25 |
| c. | Deposition transcript for Steven Kroeger - Volume 1 | $407.35 |
| d. | Deposition transcript for Steven Kroeger - Volume 2 | $672.00 |
| e. | Deposition transcript for Leslie J. Ungers | $190.75 |
| f. | Deposition transcript for John Hoover | $552.00 |
| g. | Deposition transcript for Chad McLelland | $205.35 |

3.  Attached hereto are true and accurate copies of invoices for each of the costs listed above. The invoice for the McLelland transcript ($205.35) has not been paid as of today, but will be paid by Siemens shortly.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Keith P. Spiller

Subscribed and sworn to before me on this 5th day of September 2003, to certify which witness my hand and seal of office.

DIANE M. STOOKMEYER
Notary Public, State of Ohio
My Commission Expires
September 29, 2006

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

**95 South Fourth Street**
*Batavia, Ohio 45103*
Phone - 513-732-1477
Fax --- 513-732-0486

Fed. I. D. No: 31-0911462

# Invoice

Date: 2/10/2003
Invoice No: 2229

**InvoiceTo:**

Thompson, Hine, LLP
Keith P. Spiller, Esq.
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4029

Caption: Jon Jermer
vs. Siemans Energy & Automation In
Case No: C-1-92-448
COA No: n/a

Reporter(s): Connie Oelker

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 12/5/2002 | Expedited deposition transcript of Jon Jermer. | Pages, Original, Expedited | 172 | 688.00 |
| 12/5/2002 | Appearance for deposition. | Hours, Stenographer | 6.5 | 260.00 |
|  |  | Tab(s) | 17 | 2.55 |
| 2/8/2002 | Mailed. | Postage | 1 | 5.30 |

Terms: Net 60
Shipped Via: US Mail

**THANK YOU FOR YOUR BUSINESS!**

E-mail: TriCountyCourt@aol.com

Total: $955.85
Payments/Credits: $0.00
**Balance Due: $955.85**

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

**95 South Fourth Street**
**Batavia, Ohio 45103**
**Phone - 513-732-1477**
**Fax --- 513-732-0486**
Fed. I. D. No: 31-0911462

# Invoice

Date: 3/6/2003
Invoice No: 2326

InvoiceTo:

Thompson, Hine, LLP
Keith P. Spiller, Esq.
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4029

Caption: Jon Jermer
vs. Siemens Energy & Automation, I
Case No: C-1-02-448
COA No: n/a

Reporter(s): Janet Sammons

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 2/5/2003 | Deposition transcript of Jon Jermer, Volume II | Pages, Original | 178 | 578.50 |
| | | Appearance Fee | 6 | 240.00 |
| | | Postage | 1 | 4.75 |

Terms: Net 60      Shipped Via:

Total: $823.25
Payments/Credits: $0.00
**Balance Due: $823.25**

**THANK YOU FOR YOUR BUSINESS!**

E-mail: TriCountyCourt@aol.com

FROM : TRI-COUNTY REPORTING      PHONE NO. : 513 732 1803      Mar. 27 2003 11:59AM P1

# TRI-COUNTY COURT REPORTING & VIDEOTAPE SERVICE

*95 South Fourth Street*
*Batavia, Ohio 45103*
*Phone - 513-732-1477*
*Fax - 513-732-0486*
Fed. I. D. No: 31-0911462

# Invoice

Date: 3/17/2003
Invoice No: 2375

Invoice To:

Thompson, Hine, LLP
Keith P. Spiller, Esq.
312 Walnut Street, Suite 1400
Cincinnati, Ohio 45202-4029

Caption: Jon Jermer
vs. Siemens Energy & Automation In
Case No: C-1-92-448
COA No: n/a

Reporter(s):   Jacqueline Seidner

| Date:Depo/Hrg | Description | Item | Qty. | Amount |
|---|---|---|---|---|
| 2/5/2003 | Deposition transcript of Stephen Kroeger. | Pages, Original | 121 | 393.25 |
|  |  | Tab(s) | 55 | 8.25 |
| 3/10/2003 | Mailed. | Postage | 1 | 5.85 |

Terms: Net 60                    Shipped Via: US Mail

Total: $407.35
Payments/Credits: $0.00
Balance Due: $407.35

*THANK YOU FOR YOUR BUSINESS!*

E-mail: TriCountyCourt@aol.com

# Spangler Reporting Services, Inc

Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202
Phone: (513) 381-3330   Fax: (513) 381-3342

Job #: 030305LMC
Job Date: 03/05/2003
Order Date: 03/05/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## Invoice

Invoice #: 14713
Inv. Date: 03/17/2003
Balance: $672.00

**Bill To:**
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

Action: Jermer, Jon
vs
Siemens Energy & Automation, Inc.
Action #: C-1-02-448
Rep: LMC
Cart:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Steve Kroeger | Original & Condensed | $672.00 |

**Comments:**
Corrected Invoice

Introducing Video Teleconferencing - Call Us For Details!

Federal Tax I.D.: 31-1536938     Terms: Int. Accrues @ 1.5%

| | |
|---|---|
| Sub Total | $672.00 |
| Shipping | $0.00 |
| Tax | $0.00 |
| **Total Invoice** | $672.00 |
| Payment | $0.00 |
| **Balance Due** | $672.00 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

**Deliver To:**
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

## Invoice

Spangler Reporting Services, Inc
Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202

Phone: (513) 381-3330
Fax: (513) 381-3342

Invoice #: 14713
Inv. Date: 03/17/2003
Balance: $672.00
Job #: 030305LMC
Job Date: 03/05/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200  Fax (513) 241-7958

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 139296 | 04/25/2003 | 01-68512 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 04/09/2003 | FARRD1 | C102448 |

**CASE CAPTION**

Jon Jermer vs. Siemens Energy & Automation

**TERMS**

Due upon receipt

Keith P. Spiller, Esq.
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
   Leslie J. Ungers                                              176.25
                    INDEX              10.00 Pages                10.00
                    DELIVERY: COURIER                              4.50
(TAXABLE   $  176.25)

                             TOTAL   DUE  >>>>                  190.75

                     AFTER 05/25/2003 PAY                       193.61


30 DAY SIG THROUGH YOUR COPY. ORIG/COPY DEL BY COURIER 4/25/03
```

TAX ID NO.: 31-0725254                                    (513) 352-6700

*Please detach bottom portion and return with payment.*

Keith P. Spiller, Esq.
Thompson Hine LLP
312 Walnut Street, Suite 1400
Cincinnati, OH 45202

Job No.       : 01-68512
Case No.      : C102448
Jon Jermer vs. Siemens Energy & Autom

Invoice No.:  139296
Date          : 04/25/2003
**TOTAL DUE** :     190.75
AFTER 5/25/2003 PAY : 193.61

**PAYMENT WITH CREDIT CARD**

Card Holder's Name:
VISA/MC #:
Exp. Date:          Phone #:
Billing Address:
Amount to Charge:    Zip:
Cardholder's Signature:

Remit To:   Ace Reporting Services
            30 Garfield Place
            Suite 620
            Cincinnati, OH 45202-4364

**Spangler Reporting Services, Inc**
Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202
Phone: (513) 381-3330   Fax: (513) 381-3342

Job #: 030306BLF
Job Date: 03/06/2003
Order Date: 03/06/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 14792
Inv. Date: 03/27/2003
Balance: $552.00

Bill To:
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

Action: Jermer, Jon
vs
Siemens Energy & Automation, Inc.
Action #: C-1-02-448
Rep: BLF
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | John Hoover | Original & Condensed | $552.00 |

Comments:
Introducing Video Teleconferencing - Call Us For Details!

Sub Total: $552.00
Shipping: $0.00
Tax: $0.00
Total Invoice: $552.00
Payment: $0.00
Balance Due: $552.00

Federal Tax I.D.: 31-1536938
Terms: Int. Accrues @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

Deliver To:
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

**Invoice**

Spangler Reporting Services, Inc
Mercantile Center
120 East 4th Street, Suite 390
Cincinnati, OH 45202

Phone: (513) 381-3330
Fax: (513) 381-3342

Invoice #: 14792
Inv. Date: 03/27/2003
Balance: $552.00
Job #: 030306BLF
Job Date: 03/06/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

# Spangler Reporting Services, Inc.

The Mercantile Center Bldg.
120 East 4th Street, Suite 390
Cincinnati, OH 45202
Phone: (513) 381-3330    Fax: (513) 381-3342

**Rebill**

| | |
|---|---|
| Job Date: | 04/07/2003 |
| Order Date: | 04/07/2003 |
| DB Ref.#: | |
| Date of Loss: | / / |
| Your File #: | |
| Your Client: | |
| Rebill Date: | 09/02/2003 |
| Invoice #: | 15312 |
| Inv. Date: | 07/18/2003 |
| Balance: | $334.85 |

**Bill To:**
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

Action: Jermer, Jon
        vs
        Siemens Energy & Automation, Inc.
Action #: C-1-02-448
Rep: LMC
Cert:

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Chad McLelland | Copy | $205.35 |
| 2 | William Zimmerman | Copy | $129.50 |

**Comments:**
This Invoice is Overdue. Please Pay Immediately

| | |
|---|---|
| Sub Total | $334.85 |
| Tax | $0.00 |
| **Total Invoice** | **$334.85** |
| Finance Charge | $0.00 |
| Payment | $0.00 |
| **Balance Due** | **$334.85** |

Federal Tax I.D.: 31-1536938    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

**Bill To:**
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

**Deliver To:**
Mr. Keith P. Spiller, Esq.
Thompson, Hine
312 Walnut Street
14th Floor
Cincinnati, OH 45202-4029

**Rebill**

Spangler Reporting Services, Inc.
The Mercantile Center Bldg.
120 East 4th Street, Suite 390
Cincinnati, OH 45202

Phone: (513) 381-3330
Fax: (513) 381-3342

Invoice #: 15312
Inv. Date: 07/18/2003
Balance: $334.85
Job #: 030407LMC
Job Date: 04/07/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client:

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of September, 2003, a copy of the foregoing Verified Bill of Costs was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. A copy has also been served by regular U.S. Mail, postage prepaid, upon David Torchia, Esq., Tobias, Kraus & Torchia, 911 Mercantile Library Building, 414 Walnut Street, Cincinnati, Ohio 45202, this 8th day of September, 2003.

Keith P. Spiller

448856.1

3