UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JON JERMER** | : | **CASE NO.  1:02cv448** |
| | : | Judge Beckwith |
| Plaintiff | : | Magistrate Sherman |
| | : | |
| vs. | : | |
| | : | |
| **SIEMENS ENERGY &** | : | **NOTICE OF APPEAL** |
| **AUTOMATION, INC.** | : | |
| | : | |
| Defendant | : | |

Notice is hereby given that Plaintiff appeals the decision of the United States District Court, entered August 22, 2003, granting Defendant's motion for summary judgment, to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

s /David Torchia
David Torchia -- 0015962
Attorney for Plaintiff
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio  45202
Telephone: (513) 241-8137
E-mail: davet@tktlaw.com

**CERTIFICATE OF SERVICE**

I herby certify that on September 9, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Keith P. Spiller, Esq., Thompson Hine LLP, 312 Walnut Street, 14th Floor, Cincinnati, Ohio 45202-4029.

s/ David Torchia
David Torchia -- 0015962