# TRANSMISSION FORM

| | |
|---|---|
| District Court: **Southern District (Western Division)** | APPEAL INFORMATION to be completed by the Sixth Circuit |
| District Court Case No: **C-1-02-448** | Court of Appeals Case No: **03-4191** |
| SHORT CAPTION<br>**Jon Jermer**<br>RECEIVED SEP 1 0 2003<br>Leonard Green, Clerk<br>Plaintiff/Petitioner<br>vs.<br>**Siemens Energy & Automation, Inc.**<br>Defendant/Respondent<br>*provide pro se address IF NOT on the docket sheet | Case Manager: **JILL COLYER** |
| | Date Filed:<br><br>**FILED**<br>**SEP 1 1 2003**<br>**LEONARD GREEN, Clerk** |
| District Court Judge: **Sandra S. Beckwith**<br>Court Reporter(s): | Anything That Needs Special Attention<br><br>**Notice of Appeal (doc.#36) filed 9/9/03 appealing the Order (doc.#33) and Judgment (doc.#34) entered on 8/22/03 by Judge Beckwith.** |
| From Deputy Clerk: **Arthur Hill**<br>Date: **9/10/03** | |
| $105.00 Appeal Filing Fee Paid? **Yes** | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)       Exhibit(s)      Volume(s)

Transcript(s)   Volume(s)       **Sealed**      Volume(s)

   **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

**KENNETH J. MURPHY**
Clerk: _____
United States District Court

03 SEP 12 PM 5:03