UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4191

Filed: March 28, 2005

JON JERMER

    Plaintiff - Appellant

1:02 cv 448
Beckwith

v.

SIEMENS ENERGY & AUTOMATION, INC.

    Defendant - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 1/25/05 the mandate for this case hereby issues today.

A True Copy.

COSTS:

Attest:

Filing Fee ..........$
Printing ............$

    Total ........$

_____
Deputy Clerk