UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JON JERMER** | : | **CASE NO. 1:02cv448** |
| | : | Judge Beckwith |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S RESPONSE** |
| **SIEMENS ENERGY &** | : | **TO DEFENDANT'S BILL** |
| **AUTOMATION, INC.** | : | **OF COSTS** |
| | : | |
| Defendant | : | |

Plaintiff does not dispute that the items noted on Defendant's bill of costs are recoverable. However, Plaintiff does not agree that Defendant is entitled to an award of costs in this action.

Respectfully submitted,

s /David Torchia
David Torchia -- 0015962
Attorney for Plaintiff
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, Ohio  45202
Telephone: (513) 241-8137
E-mail: davet@tktlaw.com

**CERTIFICATE OF SERVICE**

I herby certify that on April 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Keith P. Spiller, Esq., Thompson Hine LLP, 312 Walnut Street, 14th Floor, Cincinnati, Ohio 45202-4029.

s/ David Torchia
David Torchia -- 0015962