UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JON JERMER,

            Plaintiff,

-vs-                                                                          C-1-02-448

SIEMENS ENERGY & AUTOMATION, INC.,

            Defendant.

### CLERK'S MEMORANDUM ON COSTS

This matter is before the Clerk on the Bill of Costs filed by the Defendant, Siemens Energy & Automation, Inc. (doc. no. 35) and the Response of Plaintiff, Jon Jermer (doc. no. 42).

The Defendant's Bill of Costs (doc. no. 35) is **GRANTED** in favor of the Defendant, Siemens Energy & Automation, and against the Plaintiff, Jon Jermer, in the entire amount of **$ 3,806.55**.

The five day period for filing a motion to review the Clerk's Taxation of Costs with the Court shall begin upon receipt of this memorandum.

Dated: July 25, 2005                                    JAMES BONINI, CLERK

                                                                BY:   s/Karen F. Jones
                                                                           Karen F. Jones
                                                                           Division Manager