## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JON JERMER,** | : | **CASE NO. 1:02cv448** |
| | : | Judge Beckwith |
| Plaintiff, | : | Magistrate Hogan |
| | : | |
| vs. | : | |
| | : | **PLAINTIFF'S UNOPPOSED** |
| | : | **MOTION FOR EXTENSION** |
| **SIEMENS ENERGY &** | : | **OF TIME TO REVIEW** |
| **AUTOMATION, INC.,** | : | **TAXATION OF COSTS** |
| | : | |
| Defendant. | : | |

Now comes Plaintiff, and pursuant to Federal Rule of Civil Procedure 6(b), requests an extension of four days to file his motion to review the Clerk's memorandum taxing costs. A memorandum in support of this motion is set forth below. Defendant's counsel has been contacted in regards to this motion and has stated there will be no opposition.

Respectfully submitted,

s/ David Torchia
David Torchia – 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, OH 45202
(513) 241-8137
Attorney for Plaintiff
davet@tktlaw.com

**MEMORANDUM**

The Clerk filed its memorandum taxing costs late in the afternoon on July 25, 2005. Counsel for Plaintiff received the memorandum the same day. As noted by the Clerk, a motion to review the imposition of costs is due five days thereafter, or August 1, 2005.

Counsel for Plaintiff needs additional time to respond to the Clerk's memorandum. Counsel returned from vacation on July 25, 2005   Since then, he has been has been pressed with the completion of a memo in opposition to strike a jury demand filed July 26, 2005; depositions on July 27, 28, and 29, 2005; and preparation of a pretrial statement due August 2, 2005.

In light of the above, Plaintiff requests a four-day extension of time until August 5, 2005 to file his motion to review the Clerk's cost memorandum.

Respectfully submitted,

s/ David Torchia
David Torchia – 0015962
Tobias, Kraus & Torchia
911 Mercantile Library Bldg.
414 Walnut Street
Cincinnati, OH  45202
(513) 241-8137
Attorney for Plaintiff
davet@tktlaw.com

## CERTIFICATE OF SERVICE

      I herby certify that on August 1, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Keith P. Spiller, Esq., Thompson Hine LLP, 312 Walnut Street, 14th Floor, Cincinnati, Ohio 45202-4029.

                                                        s/ David Torchia
                                                        David Torchia -- 0015962