IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jon Jermer, | ) |
| | ) Case No. 1:02-CV-448 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| Siemens Energy & Automation, Inc., | ) |
| | ) |
| Defendant. | ) |

### O r d e r

On July 25, 2005, the Clerk of this Court issued a memorandum granting Defendant's bill of costs in the amount of $3,806.55. On August 5, 2005, Plaintiff filed *pro se* a motion to review the taxation of costs. Plaintiff is represented by counsel in this matter. Accordingly, his August 5 filing violated Southern District of Ohio Local Rule 83.5(b). The filing (Doc. 45) is, therefore, hereby **STRICKEN**.

**IT IS SO ORDERED.**

/s/
Sandra S. Beckwith, Chief Judge
United States District Court